1 | PATRICK T. CONNOR, Bar No. 89136
　　| pconnor@deconsel.com
2 | MARGARET R. GIFFORD, Bar No. 118222
　　| mgifford@deconsel.com
3 | DeCARLO, CONNOR & SHANLEY
　　| A Professional Corporation
4 | 533 S. Fremont Avenue, 9th Floor
　　| Los Angeles, California 90071-1706
5 | Telephone: 213/488-4100
　　| Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD TIMOTHY SHORT, individually and doing business as HULK ENTERPRISES; etc. <br><br> Defendant. | CASE NO. CV 10-0519 SVW(RNBx) <br><br> [SECOND AMENDED] JUDGMENT <br><br><br> Before the Honorable <br> Stephen V. Wilson |

Pursuant to Order Granting Plaintiff's Motion for Entry of Default Judgment and Denying Plaintiff's Motion for Injunctive Relief:

It appearing that defendant, RONALD TIMOTHY SHORT, individually and doing business as HULK ENTERPRISES, ("DEFENDANT") having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF

TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST RONALD TIMOTHY SHORT, individually and doing business as HULK ENTERPRISES:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $11,640.64 |
| 2. | Liquidated damages based on original contributions | 11,637.25 |
| 3. | Interest pursuant to the Agreements | 3,093.89 |
| 4. | Audit Fees | 567.00 |
| 5. | Attorneys' fees pursuant to Local Rule 55-3 | 2,071.32 |
| | GRAND TOTAL | $29,010.10 |
| 6. | Plus costs to be determined after entry of judgment. | |
| 7. | Pursuant to 28 U.S.C. §1961(a), this judgment | |

DATED: 6/20/11

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford  6/16/11
    MARGARET R. GIFFORD
    Attorney for Plaintiffs

2